# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA JEAN KONE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 11-0054 (RJL) |

## MEMORANDUM OPINION

This matter is before the Court on defendant District of Columbia Public Schools' motion to dismiss on the ground that it is not a suable entity. As a component of the District of Columbia government, this defendant is *non sui juris*. *See Hinson ex rel. N.H. v. Merrit Educ. Ctr.*, 521 F. Supp. 2d 22, 34 (D.D.C. 2007); *Kundrat v. District of Columbia*, 106 F. Supp. 2d 1, 5 (D.D.C. 2000); *Kelly v. Morris*, 400 A.2d 1045, 1047 (D.C. 1979). However, plaintiff is proceeding *pro se* and, therefore, the Court liberally construes her pleadings. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972); *Gray v. Poole*, 275 F.3d 1113, 1115 (D.C. Cir. 2002). Plaintiff's complaint reasonably is construed as an employment discrimination action against her employer, the District of Columbia. The Court will deny defendant's motion and, *sua sponte*, will substitute the District of Columbia as the proper party defendant.

An Order accompanies this Memorandum Opinion.

　　　　　　　　　　　　　　　　　　／s／ *Richard J. Leon*
　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　United States District Judge

DATE: 2/14/11