UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

BARBARA JEAN KONE,

      Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

      Defendants.

Civil Action No. 11-0054 (RJL)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant District of Columbia Public Schools' motion to dismiss [Dkt. #5] is DENIED. It is

FURTHER ORDERED that the District of Columbia is substituted as the proper party defendant, and that the District of Columbia Public Schools is DISMISSED.

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE: 2/14/11